**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>DANNY FLORES,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00129-ODW<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

　　　　On March 13, 2024, Defendant Danny Flores made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on September 28, 2023.

　　　　At Defendant's request, the detention hearing was continued to March 19, 2024, and again at Defendant's request to March 20, 2024.

　　　　A detention hearing was held on March 20, 2024.

　　　　Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include failure to report for Moral Reconation Therapy (MRT) as ordered by the Court, failure to provide current address and contact information to United States Probation & Pretrial Services as ordered by the Court; Defendant's whereabouts were unknown in September 2023 when the petition and warrant were issued; Defendant attempted to flee when the United States Marshals Service executed the instant warrant (he failed to comply with verbal commands to stop running and upon apprehension, he continued to resist arrest).

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the information set forth above, the allegation in the Petition that he used cocaine while on supervision, and his extensive criminal record.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 20, 2024

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE